Jason Treguboff 028011
FAITH, LEDYARD & FAITH, PLC
919 North Dysart Road, Suite F
Avondale, AZ 85323
Phone: (623) 932-0430
Fax:    (623) 932-1610
jtreguboff@faithlaw.com

*Attorney for Debtors*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 |
|---|---|
| GERALD RITTENHOUSE, JR., and DONNA ROBIN RITTENHOUSE, Debtors. | Case No. 2:18-bk-07226-DPC<br><br>EX PARTE MOTION TO APPROVE MOTOR VEHICLE PURCHASE |

Debtors, through counsel undersigned and pursuant to local rule 2084-25(b), apply to this Court for an order approving Debtors' purchase of a motor vehicle. Debtors have elected to surrender their current 2015 Toyota Camry to the secured creditors. Debtors have recently moved Prescott, Arizona and require a vehicle better suited to driving in the snow. Debtors have located a replacement vehicle and propose to finance said replacement. In support of the motion, Debtors state as follows:

1. Debtors filed for relief under Chapter 13 of the Bankruptcy Code on June 20, 2018.
2. Debtors' Chapter 13 Plan was confirmed on December 13, 2018. (ECF 30).
3. Debtors propose to purchase a 2020 Subaru Forrester (or substantially similar vehicle) hereinafter "the Vehicle" for a purchase price of $42,337.17. A purchase estimate is attached as Exhibit A.
4. Findlay Subaru Prescott has arranged financing of $662.12 per month over 72 months with interest of 3.90%.
5. The Vehicle will replace Debtors' 2015 Toyota Camry which will be surrendered to Toyota Motor Credit in the modified plan filed concurrently herewith.
6. Debtors has provided income verification to the case trustee showing Debtors' ability to fund all future Plan payments, their projected living expenses and repay this new debt.

7. This new debt is a single loan to purchase a motor vehicle that is necessary for Debtors' maintenance and support and is for a reasonable amount.

WHEREFORE, Debtors respectfully request that this Court enter an order approving this motion, as set forth above and for such other relief as appropriate.

DATE:  March 11, 2020              FAITH, LEDYARD & FAITH, PLC

By:/s/  *Jason S. Treguboff - 028011*
    Jason S. Treguboff
    Attorney for Debtors

Copy of the foregoing
electronically mailed or mailed
via first class U.S. Mail on
March 11, 2020 to:

Edward J. Maney
Chapter 13 Trustee
101 N. First Avenue, Suite 1775
Phoenix, AZ 85003

United States Trustee, USTPRegion14.PX.ECF@usdoj.gov

By:/s/ *Jason S. Treguboff*
    Jason S. Treguboff